E-FILED
Wednesday, 29 December, 2021  01:50:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

WILLIAM FULGHAM,                    ]
          Plaintiff,                ]
v.                                  ]   Case No. _____
                                    ]
_____ ADMIRE, Correctional       ]   JURY TRIAL DEMAND
Officer, Hill Correctional Center,  ]
Inividually, and                    ]
                                    ]
STEPHANIE DORETHY, Warden of        ]
the Hill Correctional Center,       ]
Individually,                       ]
          Defendants.               ]


VERIFIED COMPLAINT


[x]  42 U.S.C. § 1983 (suit against state officials for constitutional
                       violations)


    NOW COMES, the Plaintiff, WILLIAM FULGHAM, and states as
follows:

    My current address is;  William Fulgham
                            Register Number R-54004
                            Hill Correctional Center
                            600 Linwood Road
                            P.O. Box 1700
                            Galesburg, Illinois 61402


1.

## PARTIES

Plaintiff, WILLIAM FULGHAM, is an inmate housed within
the Illinois Department of Corrections, at the Hill Correctional
Center, Galesburg, Illinois.

Defendant, _____ADMIRE, is employed by the Illinois
Department of Corrections as a Correctional Officer, at the
Hill Correctional Center.  His duties include, but are not limited
to, under direct supervision, performs security duties in a
correctional center supervising the movements, conduct, and work
of residents.  ADMIRE is sued in his individual capacity.

Defendant, Stephanie Dorethy, is employed by the Illinois
Department of Corrections as Warden of the Hill Correctional
Center, Galesburg, Illinois.  Her duties include, but are not
limited to, overseeing all prison responsibilites, including
but not limited to, the health, safety, security, and conditions
of confinement within the Hill Correctional Center.  She is
responsible for the operation and management of the Hill
Correctioanl Center, including but not limited to, the promulgation
and implementation of its policies.  She is also responsible for
the training, retention, supervision, discipline, and control
of the personnel of the Hill Correctional Center who are tasked
with interpreting and applying policies for inmates under her
control and custody.  Defendant Stephanie Dorethy is sued in
her individual capacity.

2.

LITIGATION HISTORY

A.  Have you brought any other lawsuits in State or Federal Court
    dealing with the same facts involved in this case?  NO.

B.  Have you brought any other lawsuits in State or Federal Court
    while incarcerated?  NO.

C.  If your answer to B is yes, How many?  N/A.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A.  Is there a grievance procedure available at your institution?
    YES.

B.  Have you filed a grievance concerning the facts relating to
    this Complaint?  YES.

C.  Is the grievance process completed?  YES.

    More specifically, the Plaintiff filed his formal grievance in accordance
with 20 IL. Administrative Code 504, Section 504.810.  After three (3) years of
attempting to resolve Plaintiff's grievance with the Hill Correctional Center's
Grievance Office, Plaintiff requested guidence, direction, and information from
the Illinois Department of Corrections' Administrative Review Board, seeking how
to proceed with the grievance procedure, when the Grievance Office fails to respond
to Plaintiff"s grievance.  With Plaintiff's correspondence to the Administrative
Review Board, Plaintiff attached twenty-six (26) letters sent to Hill Correctional
Center Administrators attempting to bring resolution to the grievance procedure
at the institutional level.  Plaintiff did not receive responses to most of his
mailings relative to the issue raised herein.  In addition, the Administrative
Review Board has failed to provide Plaintiff with any assistance he requested.

Thus, in this instance, the grievance procedure at the Hill Correctional Center has been made "unavailable" to the Plaintiff, by and when the Grievance Office exploits the exhaustion requirement.

Pursuant to Dole v. Chandler, 438 F. 3d 804;  and Lewis v. Washington, 300 F. 3d 829, this Plaintiff has done all he could to resolve his grievance, and thus, the grievance procedure must be deemed exhausted.

See Exhibit A attached hereto, containing correspondences Plaintiff has sent in his attempt to bring the grievance procedure to resolution prior to bringing this Complaint.


## NATURE OF THE ACTION

1.  The plaintiff brings this action to redress the use of excessive force that has been brought upon him in a malicious and sadistic action to only cause harm to the Plaintiff.

2.  The Plaintiff brings this action to redress the customs, policies, and practices being utilized at the Hill Correctional Center, in regard to the use of excessive force by correctional officers.

3.  The Defendants herein are deliberately indifferent to the use of excessive force used against the Plaintiff, at the Hill Correctional Center.

4.  The Plaintiff brings this action pursuant to 42 U.S.C. § 1983 to redress violations of Plaintiff's rights under the United States Constitution.

5.  The Plaintiff seeks compensatory and punitive damages, as well as, other relief.

4.

## JURISDICTION AND VENUE

6.  This action is brought pursuant to 28 U.S.C. § 1331 £federal question)
as it rises under the United States Constitution and laws of the United States,
and pursuant to 28 U.S.C. § 1343 (civil rights), as it seeks redress for civil
rights violations under 42 U.S.C. § 1983.

7.  Plaintiff's claims for relief are predicated upon 42 U.S.C. § 1983,
which authorises actions to redress deprivations under color of state law, of
rights, privileges, and immunities secured to the Plaintiff by the United
States Constitution and the laws of the United States.

8.  Venue is proper in the United States District Court, Central District
of Illinois, under 28 U.S.C. § 1391 (b)(c), on information and belief at least
one of the Defendants resides within the judicial district at the time the
action was commenced.

9.  Plaintiff seeks declaratory and injunctive relief pursuant to
28 U.S.C. § 2201 and 2202, and Rules 57 and 65 of the Federal Rules of Civil
Procedure against all Defendants.

10.  Plaintiff is informed, believes, and based thereon alleges that in
engaging in the conduct allegaed herein, individual Defendants acted with
the intent to injure, vex, annoy, and harass Plaintiff, and subjected Plaintiff
to mailicious and sadistic actions intended to cause Plaintiff harm, in a
conscious disregard to Plaintiff's rights afforded him under the United States
Constitution.

11.  As a result of the Defendants' actions, Plaintiff seeks both
compensatory and punitive damages against each Defendant.

STATEMENT OF FACTS


12.  Plaintiff is incarcerated within the Illinois Department of Corrections, and in the custody and control of the Hill Correctional Center.

13.  On May 21, 2018, Plaintiff possessed a Hill Correctional Center "Call-Pass' from the Personal Property Office, where Plaintiff was to pick up the new fan he purchased from the Inmate Commissary.

14.  Correctional Officer ["C/O" hereafter] Hillard 'popped' (electronically opened) the exit door of Resident Unit-2, for Plaintiff, and two (unidentified) other inmates to exit the housing unit, and proceed to the Personal Property Office.

15.  On May 21, 2018, it was raining outside.

16.  Plaintiff and two (unidentied) other inmates proceeded to walk down the sidewalk outside Resident Unit-2, in the direction of the Personal Property Office.

17.  Plaintiff and two (unidentified) other inmates encountered an electronically controlled security gate that was closed, that caused Plaintiff and two (unidentified) other inmates to wait in the rain for the gate to be opened.

18.  C/O Humes approached the opposite side of the security gate and ordered Plaintiff and two (unidentified) other inmates to return to Resident Unit-2 because, as C/O Humes stated; "it was too late to go on your call-passes" to Personal Property.

19.  Plaintiff and the two (unidentified) other inmates followed C/O Humes order and returned to Resident Unit-2.

20. Plaintiff and the two (unidentified) other inmates entered Resident Unit-2, where C/O Hillard questioned; "Why did you come back in?"

21. Plaintiff informed C/O Hillard that C/O Humes; "Ordered the three of us to return because we were too late to go on our call-passes to Personal Property.

22. C/O Hillard stated; "You are not too late to go on your call-passes, go back outside and go to Personal Property."

23. Plaintiff and the two (unidentified) other inmates followed C/O Hillard's order and exited Resident Unit-2, and proceeded to walk in the rain towards the closed security gate, where again C/O Humes approached from the opposite side of the gate.

24. C/O Humes stated; "I just told y'all to back in the housing unit."

25. One of the other (unidentified) other inmates explained to C/O Humes the order that C/O Hillard had just given us.

26. C/O Humes responded saying; "Fuck it, stand in the rain!"

27. C/O Humes turned to walk away when Plaintiff asked to speak to a Lieutenant.

28. C/O Humes did not respond to Plaintiff's request and kept walking away.

29. At this time, and without justification, C/O Admire exited the Security Staff Booth, to yell in Plaintiff's direction (from approximately 100 feet away); "Go the fuck back into the house!"

30.  C/O Admire proceeded to walk hurriedly towards the closed security gate.

31.  When C/O Admire was close enough to hear Plaintiff, Plaintiff stated; "I want to speak to a Lieutenant."

32.  C/O Admire responded to Plaintiff's request by saying; "I don't give a fuck what you want!"

33.  Unable to not respond to C/O Admire's vulgarity, Plaintiff stated; "I don't give a fuck what you want -- you ain't got no kids out here."

34.  Plaintiff's response to C/O Admire's vulgarity was not accompanied by any physical aggression towards C/O Admire.

35.  Plaintiff's response to C/O Admire was all the excuse C/O Admire needed to create a confrontation with the Plaintiff.

36.  C/O Admire radioed the Security Tower Officer, stating; "Open the Gate!"

37.  Once the security gate that separated C/O Admire from Plaintiff was opened enough for C/O Admire to walk through, C/O Admire walked aggressively in Plaintiff's direction for a confrontation.

38.  C/O Admire said to Plaintiff; "Either go the fuck back into the house or turn around and cuff-up!"

39.  Plaintiff chose to turn around and cuff-up.

40.  Plaintiff turned his back to C/O Admire and offered his hands behind his back in a position to be handcuffed.

8.

41.  C/O Admire became agitated by Plaintiff's submissive response and grabbed Plaintiff's left hand in an aggressive manner, and began twisting Plaintiff's left hand behind his back -- causing Plaintiff pain.

42.  C/O Admire twisted Plaintiff's left hand while declaring; "You must not know who I am!"

43.  Feeling the pain caused by C/O Admire, Plaintiff responded by stating; "I don't give a fuck who you are."

44.  Plaintiff's verbal response to C/O Admire triggered another physical response from C/O Admire.

45.  C/O Admire aggressively took hold of Plaintiff's right hand, and with a twisting motion, place the remaining handcuff on Plaintiff's right wrist.

46.  As C/O Admire began to close ('click') the handcuff on Plaintiff's right wrist, C/O Admire executed a "sweep-kick" of Plaintiff's feet.

47.  Plaintiff remained handcuffed from behind when C/O Admire slammed Plaintiff face-first to the wet concrete sidewalk.

48.  Plaintiff was taken by surprise by C/O Admire's "feet-sweeping-manoeuver."

49.  Plaintiff was unable to protect himself as he was slammed onto the wet concrete sidewalk by C/O Admire.

50.  Plaintiff hit the wet concrete sidewalk with such force that he could only lay on the wet concrete sidewalk motionless.

9.

51.  C/O Admire pounced on Plaintiff's back, as Plaintiff lay motionless on the wet concrete sidewalk.

52.  C/O Admire pounded his knees on Plaintiff's back and neck, as Plaintiff lay defenseless on the wet concrete sidewalk.

53.  Plaintiff hit his head on the wet concrete sidewalk with such force the he became dazed and confused.

54.  Plaintiff observed a (unidentified) Lieutenant running in his direction while screaming at C/O Admire to; "Get off him!"

55.  The Lieutenant who interceded on Plaintiff's behalf, was to the best of Plaintiff's knowledge, Lieutenant Carothers.

56.  Lieutenant Carothers slowly helped Plaintiff to his feet, and with another (unidentified) correctional officer, escorted Plaintiff to the Hill Correctional Center's Segregation Unit.

57.  Upon arriving at the Segregation Unit, Lieutenant Carothers briefed Sergeant Smith; "C/O Admire slammed him to the sidewalk, and was on top of him until I called him off."

58.  Lieutenant Carothers ordered Sergeant Smith to escort Plaintiff to the Hill Correctional Center's Health Care Unit for an elvaluation of Plaintiff's injuries.

59.  Plaintiff remained dazed and confused, and unable to describe the injuries and pain he was suffering, to medical staff, at the Health Care Unit.

60.  Sergeant Smith briefed medical staff of the use of excessive force inflicted upon Plaintiff, by C/O Admire.

10.

61. The following day, Plaintiff began feeling extreme pain in his face, head, hand, wrist, finger, back, and neck. See, EXHIBIT B attached.

62. Plaintiff developed a hard lump (mass) on his right palm, as a result of the use of excessive force by C/O Admire. See, EXHIBIT B attached.

63. Plaintiff suffered excruciating pain in his right "pinkie" finger, and constant headaches, due to hitting the concrete sidewalk with incredible force, at the hand of C/O Admire. See, EXHIBIT B attached.

64. Plaintiff received medications, medical testing, and a medical device, as treatment for Plaintiff's injuries and pain. See, EXHIBIT B attached.

65. Plaintiff remains under the medical care of the Hill Correctional Center's Health Care Unit, for recurring pain and suffering.

66. Plaintiff continues to suffer headaches that become so unbearable that Plaintiff cannot sleep.

67. Plaintiff suffers from severe loss of mobility in his right hand.

68. Plaintiff suffers with a painful lump (mass) on his right palm.

69. Plaintiff suffers with emotional distress whenever Plaintiff is traversing the Hill Correctional Center with a 'call-pass'.

70. Plaintiff suffers extreme anxiety whenever Plaintiff is questioned by Hill Correctioanl Center Security Staff.

11.

CLAIMS FOR RELIEF

USE OF EXCESSIVE FORCE

71.  Plaintiff incorporates paragraphs 1-69 as if fully restated herein.

72.  Defendant Admire acted maliciously and sadistically for the sole purpose of causing Plaintiff harm.

73.  Defendant Admire's use of excessive force agianst Plaintiff was reprehensible.

74.  Defendant Admire's use of excessive force against Plaintiff was completely unjustified.

75.  Plaintiff's injuries and violations of his constitutionally protected rights were directly and proximately caused by Defendant Admire.

76.  Defendant Admire's actions were motivated by ill motive and intent, and were committed under the color of law, with reckless indifference to Plaintiff's constitutionally protected rights.

77.  On information and belief, Defendant Dorethy has promulgated a policy, practice, or custom, that protects correctional  officers under her supervision who use excessive force against inmates from disciplinary and/or criminal liability.

78.  On infomration and belief,  Defendant Dorethy's failure to take disciplinary action, or any other action, to curb the known pattern of physical abuse of inmates, by Defendant Admire, constitutes deliberate indifference to Plaintiff's safety, and contributed to, and proximately caused the above-described violations.

12.

## VIOLATIONS OF THE EIGHTH AMENDMENT

79.  Plaintiff incorporates paragraphs 1-78 as if fully restated herein.

80.  The actions of Defendant Admire in using physical force against the Plaintiff without the need or provocation was done maliciously, and sadistically, and constituted cruel and unusual punishment, in violation of the Eighth Amendment of the United States Constitution.

81.  Plaintiff has a protected right under the Eighth Amendment of the United States Constitution against malicious and sadistic use of excessive force.

82.  Defendant Admire's conduct was objectively unreasonable and was taken intentionally with malice, willfulness, and in reckless indifference to the constitutional rights of the Plaintiff.

83.  Plaintiff's injuries and violations of his constitutional rights were directly and proximately caused by the individual Defendants, as well as, the policies, practices, and customs of the Defendants, which were the moving force behind such violations.

84.  The acts described above have caused damages to Plaintiff, and if not enjoined, will continue to cause damage to the Plaintiff.

85.  Defendant Admire has violated Plaintiff's constitutional rights under the Eighth Amendment's ban against cruel and unusual punishment.

## RELIEF REQUESTED

WHEREFORE, the Plaintiff, WILLIAM FULGHAM, respectfully
requests that this Honorable Court grant the following relief;

A.   Issue a declaratory judgement stating that;

      1.   The physical abuse inflicted upon the Plaintiff
by Defendant Admire violated Plaintiff's rights
under the Eighth Amendment of the United States
Constitution,

      2.   Defendant Dorethy's failure to take action to
curb the physical abuse of inmates under her
custody and control violated Plaintiff's rights
under the Eighth Amendment of the United States
Constitution.

B.   Issue an injunction ordering Defendant Dorethy, or her
agents to;

      1.   Immediately arrange for the Plaintiff's need for
physical therapy, or other follow-up medical
treatment to be elavuated by a medical practioner
specializing in the treatment and restoration
and function of handand head injuries,

      2.   Carry out without delay the treatment directed by
such medical specialists

C.  Award compensatory damages in the following amounts;

    1.  $100,000.00 against Defendant Admire for the physical and emotional injuries sustained as a result of his use of excessive force against the Plaintiff,

    2.  $50,000.00 against Defendant Dorethy for the physical and emotional injuries sustained as a result of the use of excessive force by Defendant Admire, due to her policy, practice and custom promulgated by Defendant Dorethy.

D.  Award punitive damages in the following amounts;

    1.  $200,000.00 against Defendant Admire,

    2.  $100,000.00 against Defendant Dorethy.

E.  Grant such other relief as it may appear that the Plaintiff is entitled.

Respectfully submitted,

/s/ *[signature]*

WILLIAM FULGHAM, pro se
Register No. R-54004
Hill Correctional Center
P.O. Box 1700
Galesburg, Il 61402

Dated this 12 day of November 2021.

15.

4:21-cv-04218-JBM  # 1   Page 16 of 64

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all triable issues.

Respectfully submitted,

/s/ _William F_

WILLIAM FULGHAM, pro se


## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare and verify under penalty of perjury and under the laws of the United States that the foregoing statements are true and correct.

Executed this 18 day of November 2021.

/s/ _William F_

WILLIAM FULGHAM, pro se

16.

EXHIBIT A

EXHAUSTION OF REMEDIES

Bruce Rauner
Governor



RECEIVED John Baldwin
Acting Director

JUN 2 8 2021

ADMINISTRATIVE
REVIEW BOARD

### The Illinois Department of Corrections

Hill Correctional Center
600 Linwood Road, P.O. Box 1700 • Galesburg, IL 61401 • (309) 343-4212 TDD: (800) 526-0844

### *RETURN OF GRIEVANCE*

Date: 05-23-2018

To: FULGHAM , IDOC# R54004      H.U.: 5-01-12

From:  John Frost, Primary Grievance Officer

Subject:   Grievance Dated 05-22-18   Date Received 05-23-2018

**The attached Grievance(s) / Correspondence is being returned for the reason(s) listed below:**

_____  Not Properly Filed; *Non-emergency* grievances are to be <u>submitted in the Grievance Box</u> located
in your housing unit. *Emergency* grievances should be <u>mailed directly to the Warden's Office.</u>

_____  Not submitted in 60 day time frame outlined in DR 504, Subpart F; therefore <u>issue will not be
addressed.</u>  No justification for late consideration is found.

___X___  Include copies of the <u>Disciplinary Report</u> and the Adjustment/Program Committee <u>Final Summary</u>
when submitting a grievance on an IDR, as indicated in A.D. 04.01.114.

_____  Issue has been addressed in a previous grievance you filed.  Per DR 504, Subpart F, grievances
that have previously been addressed *for which there is no additional information* are deemed
without merit and may be returned as denied to the sender without further investigation.

_____  Per DR504 "The *original* grievance form shall be deposited in the…designated repository."
Do not submit a photocopy.

_____  The CAO has determined that the grievance you marked as an "Emergency" is not of an
emergent nature.  Submit the grievance in the Grievance Box if you wish to continue the process.

_____  Per A.D. 04.01.114, if you do not agree with the CAO determination that a grievance is not an
emergency, you "must forward a copy of the grievance form that includes the Chief Administrative
Officer's decision to the emergency request through the normal review process."

_____  Other: _____
_____
_____

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in
offender behavior, operating successful reentry programs, and reducing victimization.*

May 23, 2018                                    My COPY

Warden Dorethy,

On May 21, 2018, I was assaulted by C/o Admire on The Sidewalk inside The gate of 2nd House. C/o Admire Handcuffed me behind my back & slammed me face first To The concrete Sidewalk. C/o Admire's Actions were purposeful, malicious, & Sadistic, To cause me Harm which He Has Done!! I was unable To Protect myself As I Hit The concrete Sidewalk & sustained Injuries To my face, Head & Hand.

Please Instruct The Internal Affairs office To Investigate C/o Admire's Actions on This Date, & To Take The appropriate Disciplinary Actions Against Him.

I am also Requesting That you Take all measures in place To Secure The Video of This Incident.

Thank you For Holding C/o Admire Accountable For This Assault on me.

                                        William Fulghom
                                        R-54084
                                        Seg-12

RECEIVED

JUN 28 2021

ADMINISTRATIVE
REVIEW BOARD

                                        EX. A, pg 2

May 24, 2018

*My copy*

Internal Affairs Office,

On May 21, 2018, I was assaulted by C/o Adams on the sidewalk in front of 2-House. C/o Adams slammed me to the sidewalk; after he hand-cuffed me from behind.

Please review the video that captures that assault & ensure these video(s) are preserved for litigation against C/o Adams

Thank you for your cooperation.

William Fulghum
R-54444
Seg 12

**RECEIVED**

JUN 28 2021

ADMINISTRATIVE
REVIEW BOARD

EX. A, pg 3

May 24, 2018                                                My copy

HillCC - Chief of Security,

Please Take Notice, That on May 21, 2018, I was assaulted By C/o Admire
on The Sidewalk in front of 2-House. C/o Admire Handcuffed me from behind.
I Have Sustained injuries To my face, Head, & Hand, as a Result of C/o
Admire's Malicious actions.

Please Review & Preserve All Video(s) That Have captured This
assault for future litigation against C/o Admire.

Thank you For your Cooperation.

William Fulgham
R 54004
3g-12

**RECEIVED**

JUN 28 2021

ADMINISTRATIVE
REVIEW BOARD

EX. A, pg. 4

June 15, 2018                                                    My Copy

Grievance Office,

I Received my Grievance pertaining To Being assaulted By C/o Admire Back from your office (5-23-18), with your "Return of Grievance" Form Indicating That you require a copy of The Disciplinary Report & Final Summary. This Grievance is Being Re-Submitted For Review of C/o Admire Assault.

Please Review, & Have Saved, The Video(s) of The assault caught By Security Cameras Focused on The Side walk in front of 2 House.

         Thank you!

         William F.M.
         William Fulgham
         R-54004

RECEIVED

JUN 28 2021

ADMINISTRATIVE
REVIEW BOARD

                                              EX. A, pg 5

July 8, 2018                                            Copy

Counselor Beams,

I Re-Submitted my Grievance About Being Assaulted By C/O Admire
as The Grievance Office Told me To do it, it Has Been A month without
a Response.

A Review of The Video captured outside of 2-House, on 5-21-18, will show
That C/O Admire Slammed me To The Ground while I was Handcuffed Behind
my Back, with Malicious intent To Cause me Harm.

Please Check on The Grievance For me.

Thank you.

William Ferguson
R54864

**RECEIVED**

JUN 28 2021

ADMINISTRATIVE
REVIEW BOARD

EX. A, pg 6

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R54004 | **Counseling Date** | 07/19/18 13:56:29:180 |
| **Offender Name** | FULGHAM, WILLIAM | **Type** | Collateral |
| **Current Admit Date** | 07/14/2006 | **Method** | Other |
| **MSR Date** | 11/28/2026 | **Location** | HIL  CLINICAL SERVICES |
| **HSE/GAL/CELL** | R1-D -76 | **Staff** | BEAMS, GARETH L., Correctional Counselor II |

Note to inmate - the grievance that you submit was never receive in this office and the grievance officer never received it from the housing unit or logged a grievance about staff conduct against C/O Admire from you.  The only grievances that has been received from you are the ones that has been answered.

RECEIVED

JUN 2 8 2021

ADMINISTRATIVE
REVIEW BOARD

EX. A, pg 7

**Print Date** 7/19/2018

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

1D76

| Date: 7.21 18 | Offender: (Please Print) William Fulghum | ID#: R 54004 |
|---|---|---|

| Present Facility: Hill Correctional Center | Facility where grievance issue occurred: Hill Correctional Center |
|---|---|

NATURE OF GRIEVANCE: ⊙RC 0723 2018

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other

**RECEIVED**
**JUN 28 2021**
**ADMINISTRATIVE REVIEW BOARD**

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not received by the Chief
    Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved): On 5-21-18 I was assulted by C/o Admire I put in a grievance about
the Situation Along with Two other Grievances (1) about contraband & (2) about
The mailroom - I got both The (mailroom grievance & contraband grievances) back
Two days later, but The one about C/o Admire somehow went missing. when I
Turned The grievances in we were on lockdown, I asked C/o Humphrey To
Staple & Turn Them in for me. & when I later asked him about it He
Said He remembered it (Admire Grievance) & He remembered Putting it in
The box. Counselor Beams Told me The Grievance office NEVER Received
my Grievance. But it was sent in Twice - First on The (5-22-18) where
The Grievance was sent Back To me because I didn't have The [date?]

Relief Requested: For C/o Admire To Be Put on Administrative leave pending an
investigation.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| [signature] | R 54004 | 7, 21, 18 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 7, 23, 18

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Again that grievance that you submitted was
never recieved at this office and the grievance officer
never recieved it from the housing unit or logged
a grievance about staff conduct against C/o Admire from you.
The only grievance that has been recieved from you are the
ones that has been answered.
        Gary Beams

| Gary Beams | [signature] | 7, 23, 18 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

Date Received: ____ / ____ / ____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| | ____ / ____ / ____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

---

EX. A, pg. 8

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Final Summary & The Disciplinary Report. So weeks later when
The Summary was sent to me I Resubmitted my Grievance &
Now my copy of everything has some How come up missing. But
I Have The paper To show That it was Turned in at least once. I
Believe That Because I wanted To press Charges on C/o Admire
My Grievance was Thrown away/misplaced. I asked for The Tapes
from 5-21-18 in front of Twin House Be Held for further
Review Because it would show That C/o Admire Had No Reason To Do
What He Did. & I feel The administration is Trying To cover up The
fact That C/o Admire assaulted me. & if I Need To Rewrite my
Grievance About The Incident with C/o Admire, please let me know
ASAP.

RECEIVED

JUN 28 2021

ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _William Fulghum_      ID #: _R-54009_ Living Unit: _1-8-76_

Job Assignment: _____      Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Counselor (Bennins)_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): _I would like a copy of my last Disciplinary Report (By GATAMIRE)_
_& The Summary That goes with it, because this correctional center Misplaced it, or_
_just simply Threw it Away when I Turned it in with my grievance._

_____ _Willie_ _____      _7·23·18_
     Offender's Signature         Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

     Print Staff Name                 Print Supervisor Name

     Staff Signature     Date       Supervisor Signature       Date

Distribution:   Affected Unit          _Printed on Recycled Paper_           DOC 0286 (Rev. 4/2010)

**RECEIVED**

JUN 28 2021

ADMINISTRATIVE
REVIEW BOARD

EX. A, pg 10

July 25, 2019                                    My copy

Counselor Brams,

        I Received your Response To My Grievance
Dated 7-21-18, Concerning My Grievance Dated 5-22-18, Having not Been
Responded To.

You again Stated my 5-22-18 Grievance Has not Been Received By your
office, or The Grievance office.

As I Stated within my 7-21-18 Grievance, C/O Pumphrey Turned The
Grievance in For me. Did you ask C/O Pumphrey About The Grievance? If not,
Please Do. He will Verify That He Mailed it For me.

within my Grievance Dated 7-21-18, I asked: "If I need To Rewrite my
Grievance About The incident with C/O Adams, Please let me know ASAP". You Did
not Provide Instruction within your counselor's Response. Please let me know How
To proceed.

        Thank you

        William Fulcham

William Fulcham
R. 54004
1-D-76

RECEIVED

JUN 28 2021

ADMINISTRATIVE
REVIEW BOARD

EX. A, pg 11

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: _William Fulghom_  ID #: _R-54004_ Living Unit: _12-76_
Job Assignment: _____    Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: _RECORDS OFFICE_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____
for the purpose of (explain): _I would like a copy of my last disciplinary report (By 4/n Admin)_
_& the summary that goes with it._

_William Fulgh_                                          _7/25/18_
Offender's Signature                                      Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) :                    Remarks by supervisor (if necessary) :

_____                              _____

Print Staff Name                                      Print Supervisor Name

Staff Signature           Date                        Supervisor Signature

Distribution:   Affected Unit                                      DOC 0286 (Rev. 4/2016)
Printed on Recycled Paper

RECEIVED
JUN 28 2021
ADMINISTRATIVE
REVIEW BOARD

EX. A, pg. 12

Copy

July 31, 2018

Counselor Brams,

When I spoke To you earlier This week, you instructed That I Rewrite my Grievance pertaining To The Assault committed Against me By %dAdmire, & That you would make Sure This Incident Would Be Thoroughly investigated & Then ADDRESSED.

My Grievance is Attached To This letter.

Thank you For your Help in This matter

William Fulgham
R. 54004
1-A-76

RECEIVED

JUN 28 2021

ADMINISTRATIVE
REVIEW BOARD

EX. A, pg. 13

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 7/31/18 | Offender: (Please Print) William Fulghom | IDs: R-54004 |
|---|---|---|

| Present Facility: Hill Correctional Center | Facility where grievance issue occurred: Hill Correctional Center |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

- [x] Disciplinary Report: __5__/__21__/__18__    Hill Correctional Center
                           Date of Report              Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved): On 5/21/18 , I inmate fulghom had a call pass to go to personal
property to pick up my pro. C/o Hillard opend the door for me to go out. Two other
Inmates were with me. When we go outside it's Raining. When we get to the
Inner Two House gate we have to wait because it closed. C/o Humes Tells us
To go Back in Two House/we were too late to go on our passes. So we go
Back into Two House. When we get Back into the House C/o Hillard asked us why
we come Back in & we Told him what C/o Humes Told us. C/o Hillard Then Told
us we weren't late to go Back out & go on our pass. So again, me & the
Other Two inmates go Back out into the Rain & up to Two House gate. &
Again, were met by C/o Humes who says, if I get Told yall to go Back in the

Relief Requested: C/o Admins To Be fired & I would like to press charges on C/o Admins
for Assulting me while in HandCuffs. & I ask that the Camera footage from
5/21/18 Be saved for further reviews (from Two House unit/Gate).

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| William F/M | R-54004 | / / |
|---|---|---|
| Offender's Signature | IDs | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: __/__/__ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL  62794-9277 |
|---|---|---|

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response / / |
|---|---|---|

RECEIVED
JUN 2 8 2021
ADMINISTRATIVE
...BOARD

---

### EMERGENCY REVIEW

| Date Received: __/__/__ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | Date / / |
|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Housing unit, one of the other inmates Tell C/O Hames what C/O Hilliard Told us & C/O Hames Then says "fuck it, Stand in The Rain Then", & He Began To Walk Away. As He's walking Away I'm asking Hames To speak To a LT But He doesn't Respond. At This Time C/O Admire walks out of The Booth where The C/O's at & yells "Go The fuck Back into The House" across The walk as He walking To Two House gate. when He close enough I say "I asked To speak To a LT", & C/O Admire Responds "I don't give a fuck what you want & I Respond "I don't give a fuck what you want, you ain't got No Kind out Here" C/O Admire Then Calls up To The Tower & Has Them open Two House gate. The gate opens & as C/O Admire walks up To me aggressively He says "either go The fuck Back into The House or Turn Around & cuff up". I Chose To Turn Around & cuff up. I Turn Around & put my Hands Behind my Back & C/O Admire aggressively Takes my left Hand & Twist it Behind my Back & says "you must not Know who I Am", & I Respond "I don't give a fuck who you are". He (C/O Admire) Takes my Right Hand (aggressively) & put The cuff on & Before He clicks it all The way close, He Sweeps, Kicks me (while Hand cuffed) & slamms me on my face, on concret, in The Rain at Two House gate. LT ~~Osterbranns~~ came Running over & Told C/O Admire To get off of me, & LT _____ & another C/O walked me To seg. This is my (3d) Time putting This grievance in. The (1) Time it was sent Back Because I didn't Have The I.D. & The Summary with it. The (2) Time I was Told By (counselor Beams) That it was lost or Thrown Away Because The grievance office Never got it. But C/O Phumphrey is The one who stapled Them & put Them into The Box. Tell me Because we were on lock down. I later Told Pumphrey About it (The grievance) comming up missing & He said He Remember This grievance & what it was About ~~and~~ & the other Two Grievances I Turned in with it & He Remembers Turning The all in.

RECEIVED

JUN 2 8 2021

ADMINISTRATIVE
REVIEW BOARD

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R54004 | **Counseling Date** | 08/07/18 08:43:24:607 |
| **Offender Name** | FULGHAM, WILLIAM | **Type** | Collateral |
| **Current Admit Date** | 07/14/2006 | **Method** | Other |
| **MSR Date** | 11/28/2026 | **Location** | HIL   RECORDS OFFICE |
| **HSE/GAL/CELL** | R1-D -76 | **Staff** | WOODSIDE, JACKIE D., Office Associate |

Per offender request received 7/30/18--Offender requested a copy of the last disciplinary report by C/O Admire and the summary that goes with it. Offender needs to give more information regarding a date pertaining to this disciplinary report.

RECEIVED

JUN 2 8 2021

ADMINISTRATIVE
REVIEW BOARD

EX. A, pg. 16

My copy

August 10, 2018

To: Jack. S. D. Woodside, Office Associate

Dear Mr. Woodside, I am in Receipt of your
Counseling Summary dated 8-7-18, wherein you Requested
Additional Information Regarding a date pertaining to the
Disciplinary Report By C/O Admire.

Within my initial Request I Described Being assaulted By C/O Admire
on 5-21-18, Then To Cover His actions C/O Admire wrote me a
Disciplinary Report. I would expect That The Report was written on
or about 5-21-18, & The Summary That goes with it, to Have Been
Issued closely Thereafter.

Please Send me a Copy of Each ASAP.

Thank you

William Fulghar

William Fulghar
R-54004
1-D-76

RECEIVED

JUN 28 2021

ADMINISTRATIVE
REVIEW BOARD

September 15, 2018

GRIEVANCE OFFICER,

As of This Date, I Have Still Not Received A Response To m
Grievance Concerning C/o Admire's use of Excessive Force Against me.

Please Respond ASAP.

Thank you.

William Fulgham
R-54001

RECEIVED

JUN 2 8 2021

ADMINISTRATIVE
REVIEW BOARD

EX. A, pg. 18

December 15, 2018

Clinical Services Supervisor,

I have had a grievance pending review by the grievance office for almost 5 months without receiving a response. I have written for a response but have not received any.

My grievance concerning C/O Palmer's use of excessive force against me.

Please write me back -- Nobody else will

Thank you.

William Fulgham
R-54004/P

RECEIVED

JUN 28 2021

ADMINISTRATIVE
REVIEW BOARD

EX. A, pg. 19

January 21, 2014

GRIEVANCE OFFICE,

I'm writing to check on my grievance against C/o Admire that remains pending in your office.

Can ya. Tell me when I can expect a response? Is there an investigation of C/o Admire going on?

Please let me know what's going on.

William Fitzgerald
R.54004

RECEIVED
JUN 28 2021
ADMINISTRATIVE
REVIEW BOARD

March 10, 2019

Warden Dorethy,

It seems theres a "cover up" in process into "Dodmire's use of excessive force on me. I wrote a grievance -- & it has been almost a year pending in the grievance office, & nobody will let me know whats going on.

Please instruct the grievance officer to respond to my grievance.

Thank you.

William Fulgham
R-54004

RECEIVED

JUN 2 8 2021

ADMINISTRATIVE
REVIEW BOARD

EX. A, pg. 21

September 19, 2019

Counselor Friend,

I Have Already written To everyBody else, So Hopefully you will Be
ABle To Help me.

I Have a Grievance pending For over a year against Yo Admire For
Assaulting me outside 2 House.

I've Already Been Advised That The Grievance office Has No Time-
Frame To Respond --- But At what point is This non-Response considered
To Be an Intentional Interference with The Grievance proceeding?

 Please Tell me How To Proceed

Thank you

William Fulgham
R-54004

**RECEIVED**

JUN 2 8 2021

ADMINISTRATIVE
REVIEW BOARD

EX. A, pg 22

January 20, 2020

Grievance Office,

Its almost Two full years since I filed my Grievance against C/O Admie for assaulting me in front of 2 House on the sidewalk. Please Respond To This Grievance so I can continue on To The third Stage of Review. Delaying my Grievance Procedure Does not make C/O Admie's assault on me go away.

Please Respond A.S.A.P.

william Fudghson
william Fudghson
R. 07007

RECEIVED

JUN 2 8 2021

ADMINISTRATIVE
REVIEW BOARD

November 15, 2020


Warden Brannon,

I have had a grievance pending review in the Grievance office since 2018, against I/O Adkins, for his use of extreme excessive force against me, when I/O Adkins slammed me to the sidewalk outside 2-House ---while I was handcuffed from behind. It is obvious that when complaints against I/O's use of force at Hill cc. are made ---The grievance officer does not set-in-stone any timeframe for response. Two years must be considered an abuse of D.R. 504.

Please instruct the grievance office to respond to my grievance so I can proceed to the next level of review.


Thank you for your help


William Fulgham
William Fulgham
R. 54004

RECEIVED

JUN 2 8 2021

ADMINISTRATIVE
REVIEW BOARD

EX. A, pg 24

May 17, 2021


William Fulgham, #R-54004

Hill Corr. Center
P.O. Box 1700
Galesburg, Il 61402

**RECEIVED**

JUN 2 8 2021

ADMINISTRATIVE
REVIEW BOARD


IDOC Admin. Review Board

1301 Concordia Court
Springfield, Il 62794


Dear A.R.B.,

This correspondence comes to your attention in seeking direction, guidance, and information, regarding grievance procedure delays in effect at the Hill Correctional Center.

Specifically, I have been the recipient of the "Use of Excessive Force" by a correctional officer, at the Hill Correctional Center. I have filed a detailed grievance on the incident, and the grievance office has yet to respond to my grievance -- and it has been nearly TWO YEARS !!

The Hill Correctional Center Counselors, and Grievance Officers, rely upon Departmental Rule 504, subpart F, which fails to state a specific timeframe within which they are required to provide a response to grievances.

At what point does this delay become intentional and/or a protective measure for the correctional officer involved with this incident?

After nearly TWO YEARS can I bypass the grievance office here at the Hill Correctional Center -- and look for the ARB to resolve this incident?

Any further delay in response to this grievance must be considered that the Hill Correctional Center is making the grievance procedure "unavailable" to this grievant.  What direction will the ARB provide?

Please forward to me, at the above address, your direction, guidance, and information regarding this delay in the grievance procedure, upon receipt of this correspondence.

Thank you for your assistance and I look forward to your mailing in the near future.

Sincerely,

William Fulgham

Cc: file.

**RECEIVED**

JUN 2 8 2021

ADMINISTRATIVE
REVIEW BOARD

June 21, 2021

RECEIVED

JUN 2 8 2021

ADMINISTRATIVE
REVIEW BOARD

William Fulgham, R-54004

Hill Corr. Center
P.O. Box 1700
Galesburg, Il 61402

IDOC, Admin. Review Board

1301 Concordia Court
Springfield, Il 62794

RE: <u>FOLLOW-UP TO MAY 17, 2021 LETTER.</u>

Dear A.R.B.,

This mailing comes to follow-up on my correspondence dated May 17, 2021,
wherein I requested your direction, guidence, and information, regarding
grievance procedure delays in effect at the Hill Correctional Center.

As of this date, I have not received any mailing from your office.

Find attached hereto, numerous letters that I have sent to prison officials
in regard to my delayed grievance response.  NONE of these letters have
been responded to,  as if to cover-up this use of excessive force allegation
against c/o Admire.

Please instruct me in how to proceed in this regard.

Thank you for your attention to this matter and I look forward to your
response in the near future.

Sincerely,

William Fulgham

Xc: file.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _Fulgham_ _William_ _R54004_
Last Name / First Name / MI / ID#

Facility: _Hill_

A Grievance: Facility Grievance # (if applicable) _____ Dated: _7/21/18_ or ☐ Correspondence: Dated: _____
Received: _6/28/21_ Regarding: _C/O Admire 5/21/2018_ , _Ticket 5/21/18_
Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

---

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
Date

☐ No justification provided for additional consideration.

---

Other (specify): _Doesn't meet DR 504 F. No review can be given 1st submission to ARB on issue_

Completed by: _Sherry Benton_          _S. Benton_          _7/6/21_
Print Name                                  Signature                  Date

Distribution: Offender          *Printed on Recycled Paper*          EX. A, pg. 28          DOC 0070 (Rev. 3/2018)
Inmate Issues

July 19, 2021


Ms. Sherry Benton
IDOC, Admin. Review Board
1301 Concordia Court
Springfield, Il 62794


Re:  Your mailing of July 6, 2021


Dear Ms. Benton,

I am in receipt of your mailing, dated July 6, 2021, however, your response
does not answer the question posed in my mailing to you.  Please advise to
this circumstance;

> WHAT CAN I DO... IF THE GRIEVANCE OFFICE WILL NOT ADDRESS
>
> MY GRIEVANCE... AFTER 3-YEARS ???

According to the courts, refusing to address my grievance is considered
making the grievance procedure 'unavailable'.

Refusing to address grievances against staff at the Hill Correctional Center
is common practice... as if this is the unwritten policy for this facility.

Please adivse as to what course of action I can take in this regard.


Thank You!


William Fulgham
R-54004 / P.O. Box 1700
Hill Correctional Center
Galesburg, Il 61402

EXHIBIT B

MEDICAL RECORDS OF PLAINTIFF

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Hill CC _____ Center

Offender Information:

*Fulgham* _____ *William* ___ ID#: *R54004*
Last Name              First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/21/18 0855 | 1pm nOH inmate brought to HCU by Sgt. Swett. to be evaluated d/t use of force. Inmate ste he was taken to the ground and hit his face. Ø marks noted to face. Ø lacerations. area he c/o is Ⓡ side. Skin is c/d/i. Ø injuries noted. Ø c/o pain during assessment. inmate taken back to seg. ———— *M Spitz* | |
| 5/22/18 8⁰⁰am | LPN note Medically ok to Dbl cell ———— *pA Silo* | |
| 5/22/18 10¹⁷am | MH note ok to double cell in RH ———— *D Mihedy, LCSW* | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Hill CC _____ Center

Offender Information:

Fulgham        William      ID#: R54004
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Henry Hill Correctional _____ Center

**Non-Specific Discomfort**

Offender Information:

Fulgham _____ William _____ ID#: R54004
Last Name                    First Name            MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/17/18 | S) - Any Allergies<br>NKA | P) MD Referral |
| 2pm | - Location of pain / discomfort<br>headaches et ® hand pain | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain<br>Stabbing  Throbbing  Constant  (Intermittent)  Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated<br>no | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10<br>7 | |
| | - Duration of pain<br>since 5/21/18 | No MD referral |
| | O) T 97⁹⁰ P 975 122 R 16 BP 118/90 WT 196# | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort<br>per S/R | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | **Patient Teaching** |
| | - Observations related to body part affected<br>® palm (pinkie finger)<br>some edema c sm.<br>raised hard lump<br>— To H/A ® parietal<br>lobe; neuro wnl<br>— 3" ace wrap - ® hand/wrist | - Return to see provider if symptoms worsen or interfere with daily functioning<br><br>NP appt |
| | A) Non-Specific Discomfort | Nurse Signature<br>K Blackman RN<br>Payment voucher    YES    (NO) |

Printed on Recycled Paper

DOC 0064 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

__Henry Hill Correctional__     Center

Offender Information:

Fulgham          William          ID#: R54004
_Last Name_                _First Name_          _MI_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-21-18 3:30pm | (L.P.N.) R.N. Note<br>Last psych. notes reviewed.<br>Dx _Depressive D/O_<br><br>Received new orders this date.<br>See script. | a. Laxative |
| 6/22/18 9/3/Am | DENTAL NOTE<br>See Dental Record | R. Sulam D4 |
| 6-27-18 1°° | M.D. / N.P. / P.A. Visit<br>WT 194   BP 126/88<br>97²   EECT<br>T 97²   P _  _ 70 R 14 | P RTC to 7-10-18<br>O to time const. |
|  | c/o R hand pain o H/A |  |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)<br>(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

## Offender Outpatient Progress Notes

Offender Information:

Last Name: Fulgham   First Name: William   MI: ___   ID#: R54004

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | M.D. / N.P. / P.A. Visit | |
| 7/10/18 6:50pm | WT 188   B/P 102/78   97.2  P 90   R 18 | |
| | c/o ®hand pain | |
| | NP note: | |
| | S: Pt. reports he was taken to the ground on 5/21 c̄ his hands cuffed behind his back. He hit his ® cheekbone on the sidewalk. He had an abrasion on his ®cheek which has since healed however he now has this daily. They are never located in the same area, travelling around the posterior aspect of his head. Denies light sensitivity, halos around | ① xrays: ®Hand / 7.14.18 wrist & facial series c̄ focus on ® cheek/eye socket. ② Naproxen 375mg PO Q12° PRN c̄ food. ③ Tylenol 325mg. 1-2 tabs PO TID PRN. ④ stretching exercises as instructed ⑤ F/u c̄ me 1-2 wks p̄ xray. 3-7-18 ⑥ cont'd |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

## Offender Outpatient Progress Notes

Offender Information:

_Fulgham_ _William_ _ ID#: _K54004__
Last Name        First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/10/18 @ 1850 | Cont'd light. When this occurred, he reports the handcuffs were "real tight" and they caused abrasions to the medial aspects of his wrists, which have finally healed, however he has a fine tremor to the (R) hand and a large movable mass on the (R) palm @ the medial aspect. He reports weakness ō grip strength & an inability to bear weight on the palm. The (L) hand is unaffected. O: CAOx3. (R) Zygomatic arch ō point tenderness on palpation. Skin warm | (85) Cont'd |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

HILL Correctional Center

Offender Information:

Fulgham                William        ID#: R54004
Last Name              First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/10/18 @ 1050 | Cont'd | |
| | dry 5 abrasion. ®hand | |
| | c̄ full ROM. Grip strength | |
| | 4/5. Movable cord-like | |
| | mass @ medial proximal | |
| | aspect of the palm. | |
| | Skin warm/dry. Cap refill 5 | |
| | 3 sec. Radial/ulnar | |
| | pulses 2+, reg. Allen's | |
| | test pos. Tingling c̄ | |
| | palpation. Fine tremor | |
| | present. | |
| | A: ® Hand tremor | AW RTT trauma |
| | ® Hand weakness | |
| | ® Zygomatic tenderness | |
| | | noted 7/11/18 frm [signature] |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

HILL Correctional Center

Offender Information:

Fulgham   William   ID#: R54004
Last Name   First Name   MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-11-18 8:00 pm | Radiology Note X-ray Taken of (RT) Hand / Wrist & facial Series. | X Stull RT (R) |
| | **Mandatory PPD** Date/Time Given/Site 8-4-18 1130am LFA Lot # C5087 Exp. Date 12-1-20 Signed _____ Date/Time Read 8-6-18 1pm Results _____ Signed _____ | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ HILL CC _____ Center

Offender Information:

Last Name: Fulgham    First Name: William    MI: ____    ID#: R5A004

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-7-18<br>1130 | M.D. / N.P / P.A. Visit<br>WT 190.4  B/P 110/72<br>T 97.0  P 100  R 18 | |
| | Flu Xrays<br>NP note:<br>S: Xray of facial bones shows no fractures / no acute findings. Xray of ® hand/® wrist shows mild degen. chg @ the radiocarpel joint & slight negative ulnar variance. ℞ Naproxen helps HA's. Still having pain @ the right palm.<br>O: CAOx3. ® medial palmar mass decreased in size from last visit.<br>A: ® Hand pain, HA | ① Continue Naproxen, Tylenol as Rx'd. VAN<br>② Warm soaks 2-3x/day, followed by gentle massage. VAN added to book<br>③ Stretching exercises, as instructed BID. VAN<br>④ Flu c me 2 mos, sooner y s/s worsen. scheduled for 10/1/18<br>Steele fnp |

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Hill CC _____ Center

| Offender Information: |
|---|
| Fulgham    William    ID#: R54004 |
| Last Name    First Name    MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/8/18 7:30pm | **DENTAL NOTE** See Dental Record | L Dugam JM |
| 8/9/18 9:08A | **DENTAL NOTE** See Dental Record | *(signature)* |
| 8/9/18 9:30A | no neds closed warm seal order ⊂ NP | Warm seal may be done in cell p̄ NP: container (grey) assude 2 months ⊂ permit per NP Stul / Dr W |
| 8-9-18 3:40pm | **LPN / R.N. Note** Last psych. notes reviewed. Dx _Depressive D/O_  Received new orders this date. See script. | C. Lawton |

*(crossed out section)*

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

Offender Outpatient Progress Notes

___HILL Correctional___ Center

Offender Information:

Last Name: Fulgham   First Name: William   MI: ___   ID#: R54004

| Date/Time | Subjective, Objective, Assessment M.D. / N.P. / P.A. Visit | Plans |
|---|---|---|
| 10-01-18 11:10 A | WT 191# B/P 128/74<br>T 97.7 P 68 R 16<br>2 MD F/u (® Hand Injury / Mass)<br>NP note:<br>S: Pt. here today for f/u ® hand pain. Reports mass to ® medial palm has not resolved. He has been doing warm soaks 2-3 times/day ē gentle massage after. Uses Naproxen @ times. S/R the pain in the hand is "throbbing" and the only thing that helps it is ice packs. | ① Renew Naproxen x 3 mos.<br>② ~~Schedule pt. to see MD @ next available appt to assess ® hand (mass/tremor).~~ (error)<br>⑧ cont'd ⟶ |

Left margin handwritten (rotated): discussed ō Dr. ___ mentioned a referring to ___ will ōran ō pt. discussed ō pt. discussed

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

HILL Correctional Center

Offender Information:

Last Name: Fulgham   First Name: William   MI: ___   ID#: R54004

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9.14.18  10:15p | **L.P.N. / R.N. Note** Last psych. notes reviewed. Dx unspec. Dep. NO  Received new orders this date. See script. | [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

HILL Correctional Center

Offender Information:
Fulgham William ID# R54009
Last Name | First Name | MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-1-18 @ 11:10 | Cont'd. The ice also helps the tremors. The ® hand is his dominant hand and he has trouble c̄ writing, shaving, & other ADL's. He has to "sit" on his hand to get it to stop tremoring. O: CA0x3. ® hand c̄ normal color, warm to touch. Radial pulse 2+, reg. Cap. refill <3 sec. Full ROM intact. Grip strength 4/5 against resistance. Approx 1.0x2.0 cm ⑧ cont'd → | ① Prednisone taper x 1 mo. 40mg → 10mg ③ F/U c̄ me 1 month. ✓11-1-18 c̄ NP |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__HILL Correctional_____ Center

Offender Information:

Fulgham          William                    ID#: RS4004

Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | | Plans |
|---|---|---|---|
| 10-1-18 @ 1110 | Cont'd — mass present @ the medial proximal palm. Mass is cord-like and movable. Rolling of the mass causes pain 9/10 for pt. Tremor present @ rest & with activity. A: ® Hand mass ® Hand tremor ® Hand pain | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

OneRadiology
Normal, Illinois
July 19, 2018

FULGHAM, WILLIAM
ID #: R54004
DOB: 08-23-82
Ordered by: Steele, NP
Hill Correctional Facility

RIGHT HAND AND WRIST THREE VIEWS 7-17-2018:
FACIAL SERIES FOUR VIEWS 7-17-2018:

HISTORY: Pain. Injury to the face.

Three views of the right hand and right wrist demonstrate minor degenerative change of the
radiocarpal joint. No convincing evidence of an acute bony fracture or dislocation is seen on
this initial study. If symptoms persist or progress, a follow-up study may be considered. There
is a slight negative ulnar variance.

Evaluation of the facial bones demonstrates no definite evidence of air fluid level in the
paranasal sinuses. The bony structures are grossly intact. Please note that CT imaging is more
sensitive means for assessment of subtle facial bony injuries.

Signed_____

N. Yousuf, M.D.

Dic:7-19-2018

Films from Hill Correctional Facility

DATE  7·23·18
DICTOR  _____
REVIEW CHART  _____
SCHEDULE PATIENT  _____
F  _____

DATE:   November 17, 2021

  TO:   Clerk, U.S. District Court

FROM:   William Fulgham, R-54004
        P.O. Box 1700, Galesburg, Il 61402

  RE:   Notification of Filing Fee.


Dear Clerk,

Please file the attached Complaint with the U.S. District Court, Central

District of Illinois, Springfield Division.


I have forwarded my Authorization For Payment in the amount of $400.00 to

be made from my Trust Fund Account, and directed to your office.


Thank you for your assistance herein.

Sincerely,

William Fulgham

DATE:      November /٢, 2021

E-FILE TO:  U.S. District Court, Central District of Illinois
            Springfield Division


DOCUMENT:   Complaint
            Pursuant to 28 U.S.C. §1983


FILED BY:  William Fulgham
           R-54004


TOTAL PAGES:  56