#2-54004

My Name is: William Fulgham, Case No. 21-CV-4218-JBM.

I've Been Trying To get To The law library Here at Shawnee Correctional Center; To No AVail. So I Havent Been Able To get The "Change Of Address" Forms. So I'm Sending This as my Change Of Address.

I was just in CrossRoads ATC, 3210 W. Arthington St, Chicago, IL 60624.

I'm Now At Shawnee Correctional Center, 6665 State Route 146 E, Vienna, IL 62995

FILED

AUG 07 2025

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

William Fulgham
K-54004
Shawnee Correctional Center
6665 State Route 146 E
Vienna, IL 62995

Clerk U.S District Court
100 NE. Monroe Street Rm 254
Peoria, IL 61602

This correspondence is from
an Individual in Custody in the
Illinois Department of
Corrections

US POSTAGE AND PITNEY BOWES
$ 000.74⁰
ZIP 62995
02 7W
0008026963 JUL 30 2025

FIRST-CLASS