IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| WILLIAM FULGHAM,<br><br>  Plaintiff,<br>v.<br><br>BEAU ADMIRE,<br><br>  Defendants. | Case No. 21-cv-4218<br><br>The Honorable Jonathan E. Hawley<br><br>Mag. Ronald L. Hanna<br><br>*Jury Trial Demanded.* |

**PLAINTIFF'S OPPOSED MOTION TO EXTEND DISCOVERY DEADLINE AND TIME TO RESPOND TO DISCOVERY**

Plaintiff William Fulgham, by and through his undersigned attorney, respectfully moves this Honorable Court for an Order extending the discovery deadline pursuant to Federal Rule of Civil Procedure 16(b)(4), and in support thereof states as follows:

1. On September 10, 2025, the Court entered a Scheduling Order setting the discovery deadline for March 10, 2026, and the dispositive motions deadline for April 10, 2026. (Dk 61).

2. This matter was originally by Plaintiff *pro se*.

3. On June 20, 2025, the Seventh Circuit vacated the dismissal of the case and remanded the matter for further proceedings. (Dk 54)

4. On September 12, 2025, on information and belief, Defendant served discovery requests, including Requests for Admission, Interrogatories, and Requests for Production on Plaintiff, who was then proceeding *pro se*.

5. Delivery records provided by Defense counsel show the discovery requests were received on September 16, 2025.

6. Plaintiff's counsel entered his appearance on October 30, 2025. (Dk 65).

7. Plaintiff's current counsel only became aware of these discovery requests through a conversation with Defense counsel on March 4, 2026.

8. On the same day, Plaintiff served written discovery requests on Defense counsel by U.S. Mail.

9. Given the current discovery deadline of March 10, 2026, the parties will not have sufficient time to complete written discovery and any necessary follow-up discovery.

10. The current schedule also does not provide sufficient time for Plaintiff to prepare responses to Defendant's written discovery and complete discovery necessary for the merits phase of the case.

11. Plaintiff therefore respectfully requests that the Court extend the discovery deadline by ninety (90) days, through June 8, 2026.

12. Plaintiff further requests that he be granted thirty (30) days to serve responses to Defendant's discovery requests, including his requests to admit facts.

13. Plaintiff's counsel has conferred with Defendant's counsel regarding the relief requested in this motion, and Defendant opposes the requested extension.

14. This request is made in good faith and not for purposes of delay. No trial date has been set, and the requested extension will allow the parties to complete discovery efficiently and avoid unnecessary discovery disputes or dispositive motion practice related to incomplete discovery.

For the foregoing reasons, Plaintiff respectfully requests that this Court:

1. Extend the discovery deadline by ninety (90) days, through June 8, 2026;

2. Allow Plaintiff thirty (30) days to serve responses to Defendant's written discovery requests, including his requests to admit facts; and

3. Grant such further relief as the Court deems just and proper.

                Respectfully submitted,
                WILLIAM FULGHAM

                /s/ Jordan Marsh
                *Attorney for the Plaintiff*

**LAW OFFICE OF JORDAN MARSH LLC**
33 North LaSalle Street Suite 2000
Chicago, IL 60602
(224) 220-9000
jordan@jmarshlaw.com

## CERTIFICATE OF SERVICE

I certify that on March 6, 2026, I served a copy of the foregoing PLAINTIFF'S OPPOSED MOTION TO EXTEND DISCOVERY DEADLINE AND TIME TO RESPOND TO DISCOVERY on all counsel of record by filing the same on the Court's ECF system.

Jacob Ferguson
Office of the Illinois Attorney General
1776 E Washington St.
Urbana, IL 61802
Jacob.Ferguson@ilag.gov
(217) 278-3330
*Attorney for Defendant Beau Admire*

                                        **/s/ Jordan Marsh**